UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B2B Rocket, LLC and Noah Loul,<br><br>                              Plaintiffs,<br><br>      -against-<br><br>Kalendar Inc.,<br><br>                              Defendant. | |
| Kalendar Inc.,<br><br>                              Plaintiff,<br><br>      -against-<br><br>Noah Loul et al.,<br><br>                              Defendants. | |

24-CV-2992 (AS)

24-CV-1063 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the case management plan that governs both 24-cv-1063 and its member case 24-cv-2992, motions for summary judgment were due on January 27, 2025. No such motions were made, so the parties should meet and confer and propose trial dates in March or April. A joint letter with the proposed trial dates and an update on the status of the cases must be submitted by **January 31, 2025**.

      SO ORDERED.

Dated: January 28, 2025
      New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge